**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALITA ANGELL-MURRAY, | No.  2:26-CV-00617-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| CARRINGTON MORTGAGE SERVICES, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Defendant's motion to dismiss. ECF Nos. 4. No opposition to the pending motions has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for April 15, 2026, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  April 2, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1